

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-15-00402-CV

| | | |
|---|---|---|
| Ruben Emilio Cardenas | § | From the 442nd District Court |
| | § | of Denton County (15-02959-442) |
| v. | | |
| | § | February 18, 2016 |
| Jennifer Janelle Jensen | § | Opinion by Justice Walker |

## JUDGMENT

This court has considered the record on appeal in this case and holds that the appeal should be dismissed. It is ordered that the appeal is dismissed for want of jurisdiction.

SECOND DISTRICT COURT OF APPEALS

By  /s/ Sue Walker
       Justice Sue Walker